**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GIRON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HONG KONG AND SHANGHAI BANK COMPANY, et al.,<br><br>　　　　　Defendants. | **Case No: 2:15-cv-08869-ODW-JC**<br><br>**ORDER VACATING THE SCHEDULING CONFERENCE** |

1

Pursuant to the parties' Joint Scheduling Conference Statement (ECF No. 70), and in light of the fact that the Motion to Dismiss (ECF No. 56) remains pending:

**IT IS HEREBY ORDERED** that:

1. The Scheduling Conference set for October 24, 2016, is VACATED;
2. Once the Court issues an Order on the pending Motion to Dismiss, the parties shall SUBMIT a new Joint Scheduling Conference Statement within 7 DAYS of the date of the Order; and
3. The Court will then set the trial and pretrial dates for this case.

**IT IS SO ORDERED**.

October 18, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**