**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GIRON, NICOLAS J. HERRERA, ORLANDO ANTONIO MENDEZ<br><br>Plaintiffs,<br><br>v.<br><br>HONG KONG AND SHANGHAI BANK COMPANY, LTD., a foreign company, HSBC BANK USA, N.A., a national banking association; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 2:15-cv-08869-ODW(JC)<br><br>**JUDGMENT** |

1

# JUDGMENT

In light of the Court's Order **GRANTING** Defendant HSBC Bank USA, N.A.'s Motion for Summary Judgment, ECF No. 181, **IT IS HEREBY ORDERED:**

1. Plaintiffs Ramiro Giron, Nicolas J. Herrera, and Orlando Antonio Mendez shall take nothing;
2. Judgment for defendant HSBC Bank USA, N.A.;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 15, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**